**JS-6**

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRENDAN M. LOUGHRAN, JR., an individual; LOUGHRAN & ASSOC. REAL ESTATE, INC., a Massachusetts corporation aka LOUGHRAN & ASSOCIATES REAL ESTATE, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. SACV 11-1015 AG(MLGx)<br>Hon. Andrew J. Guilford<br>Hon. Magistrate Marc L. Goldman<br><br>**Judgment** |

　　　The Court having considered the written argument and evidence before it pursuant to Rules 55(a) and (b) of the Federal Rules of Civil Procedure and Rules 55-1, 55-2, and 55-3 of the Central District of California Local Rules, regarding plaintiff Prudential Real Estate Affiliates, Inc.'s ("PREA") Motion for Default Judgment Against defendants Brendan M. Loughran, Jr. and Loughran & Assoc. Real Estate, Inc. aka Loughran & Associates Real Estate, Inc., has determined the following:

(1) Defendant Brendan M. Loughran, Jr. was properly served with the Summons and Complaint in this action;

(2) Defendant Brendan M. Loughran, Jr. failed to respond to the Complaint;

(3) Default was entered against defendant Brendan M. Loughran, Jr. on September 23, 2011;

(4) Defendant Loughran & Assoc. Real Estate, Inc. aka Loughran & Associates Real Estate, Inc., a Massachusetts corporation, was properly served with the Summons and Complaint in this action;

(5) Defendant Loughran & Assoc. Real Estate, Inc. aka Loughran & Associates Real Estate, Inc., a Massachusetts corporation, failed to respond to the Complaint or appear in this action; and

(6) Default was entered against defendant Loughran & Assoc. Real Estate, Inc. aka Loughran & Associates Real Estate, Inc., a Massachusetts corporation, on September 23, 2011.

The Court hereby enters judgment in favor of Plaintiff Prudential Real Estate Affiliates, Inc. and, jointly and severally, against defendants Brendan M. Loughran, Jr. and Loughran & Assoc. Real Estate, Inc. aka Loughran & Associates Real Estate, Inc. in the amount of $116,409.89 (consisting of $93,382.59 in principal and $23,027.30 in interest as of November 21, 2011), plus prejudgment interest, attorneys' fees and costs in the sum of $6,907.74, and post-judgment interest from the date of entry of judgment until paid.

Dated: November 21, 2011

_____
The Honorable Andrew J. Guilford
United States District Court